FILED

2021 Sep-21  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| KIRSTIE B. COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER |
| | ) | 2:20-cv-00442-MHH |
| VON MAUR STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER

Consistent with the memorandum opinion entered together with this order, the

Court grants Von Maur's motion for summary judgment.  The Court enters judgment

for Von Maur on all of Ms. Couch's claims.  The Court asks the Clerk of Court to

please close this file.

**DONE** and **ORDERED** this September 21, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE